# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TROY ABDUL MCLEAN,**

    **Petitioner,**

vs.                                       Case No. 4:07cv127-SPM/WCS

**ALBERTO GONZALEZ, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

    Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, on March 26, 2007, challenging his indefinite detention by Respondents. Doc. 1. Petitioner is a native and citizen of the Bahamas, who alleged that Respondents are unable "to deport him and will be unable to deport him in the reasonably foreseeable future." Doc. 1, p. 2. Several orders which were issued in this case were returned to the Court as "undeliverable." See doc. 10. Respondent was directed to advise the Court as to Petitioner's status, doc. 10, and has now filed a motion to dismiss. Doc. 11.

    The motion advises that Petitioner "was released from the custody of Immigration and Customs Enforcement (ICE) on April 23, 2007." Doc. 11, p. 1. Petitioner was released "since the governments of Jamaica and Bahamas denied to issue Petitioner

travel documents." *Id.*, at 2.  Therefore, because Petitioner has essentially been afforded the relief he sought, this § 2241 petition should now be dismissed as moot.

Respondent's motion to dismiss, doc. 11, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address" which was the Wakulla County Jail.  Presumably, that facility will not forward mail to Petitioner since he has been released.  The attachment to the motion to dismiss,[1] doc. 11, indicates a possible address for Petitioner at 18131 NW 14th Street, Miami, Florida 33169.  The Clerk of Court will be directed to provide a copy of this report and recommendation to Petitioner at that location.  If Petitioner does not contest this dismissal, he need not take any further action.

In light of the uncontested assertion by Respondent, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Troy Abdul McLean be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on May 31, 2007.


    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] The attachment is the Order of Supervision for Petitioner, dated April 23, 2007.

Case No. 4:07cv127-SPM/WCS